**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1628

MARK A. PANOWICZ,

        Plaintiff - Appellant,

        v.

SHARON L. HANCOCK, in individual capacity; LISA YATES, Clerk of the Circuit
Court for Charles County (in official capacity),

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Deborah K. Chasanow, Senior District Judge.  (8:11-cv-02417-DKC)

Submitted:  October 19, 2023                    Decided:  October 23, 2023

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark A. Panowicz, Appellant Pro Se.  Kathryn Elizabeth Hummel, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark A. Panowicz appeals the district court's orders denying his Fed. R. Civ. P. 60(b)(4)-(6), (d)(3) motions and his Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Panowicz v. Hancock*, No. 8:11-cv-02417-DKC (D. Md. Apr. 28 & May 31, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*